# UNITED STATES DISTRICT COURT
for the
District of Arizona

DOR
10-11-17

| | |
|---|---|
| United States of America<br>v.<br>Edgar Rosario Vizcarra-Chavez,<br>a.k.a. Edgar Rosario Viscara<br>a.k.a. Edgar Vizcara<br>A095 769 879<br>*Defendant* | )<br>)<br>) Case No. 17-8423MJ<br>)<br>)<br>) |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about October 11, 2017, in the County of Maricopa, in the District of Arizona, the defendant violated Title 8, U.S.C. § 1326(a), an offense described as follows:

Edgar Rosario Vizcarra-Chavez, an alien, was found in the United States of America, at or near Phoenix, in the District of Arizona, after having been previously denied admission, excluded, deported, and removed from the United States, at or near Nogales, Arizona, on or about January 26, 2016, and not having obtained the express consent of the Secretary of the Department of Homeland Security to reapply for admission thereto; in violation of Title 8, United States Code, Section 1326(a), and enhanced by (b)(1).

I further state that I am a Border Patrol Agent with U.S. Customs and Border Protection.

This criminal complaint is based on these facts:

**See Attached Statement of Probable Cause Incorporated By Reference Herein**

CEB
REVIEWED BY: Charles E. Bailey Jr., P.S. for AUSA Brandon Brown

☒ Continued on the attached sheet.

*Complainant's signature*
Albert A. Martinez
U.S. Border Patrol Agent
*Printed name and title*

Sworn to before me and signed in my presence.

Date: October 12, 2017

*Judge's signature*

John Z. Boyle
United States Magistrate Judge
*Printed name and title*

City and state: Phoenix, Arizona

## STATEMENT OF PROBABLE CAUSE

I, Albert A. Martinez, being duly sworn, hereby depose and state as follows:

1. Your affiant is a United States Border Patrol Agent. I have learned from direct participation in the investigation and from the reports and communications of other agents and officers the facts recited herein.

2. On October 11, 2017, Border Patrol Agent J. Mills Jr. encountered an individual near Phoenix, in the District of Arizona. The agent identified himself as a Border Patrol agent and performed an immigration inspection on the individual. The individual, later identified as Edgar Rosario Vizcarra-Chavez, admitted to being a citizen and national of a country other than the United States, unlawfully present in the United States. Vizcarra-Chavez was transported to the Casa Grande Border Patrol Station for further processing. Vizcarra-Chavez was held in administrative custody until his identity could be confirmed along with his immigration and criminal history.

3. Immigration history checks revealed Edgar Rosario Vizcarra-Chavez to be a citizen of Mexico and a previously deported criminal alien. Vizcarra-Chavez was removed from the United States to Mexico, at or near Nogales, Arizona, on or about January 26, 2016, pursuant to a removal order issued by an immigration official. There is no record of Edgar Rosario Vizcarra-Chavez in any Department of Homeland Security

database to suggest that he obtained permission from the Secretary of the Department of Homeland Security to return to the United States after his removal. Vizcarra-Chavez's immigration history was matched to him by electronic fingerprint comparison.

4. Criminal history checks revealed that Edgar Rosario Vizcarra-Chavez was convicted of Attempted Possession of Marijuana for Sale, a felony offense, on November 8, 2013, in the Superior Court of Arizona, County of Pinal. Vizcarra-Chavez was sentenced to three and one half (3.5) years' imprisonment. Vizcarra-Chavez's criminal history was matched to him by electronic fingerprint comparison.

5. On October 11, 2017, Edgar Rosario Vizcarra-Chavez was advised of his constitutional rights. Vizcarra-Chavez freely and willingly acknowledged his rights and agreed to provide a statement under oath. Vizcarra-Chavez stated that his true and complete name is Edgar Rosario Vizcarra and that he is a citizen of Mexico and of no other country. Vizcarra-Chavez stated that he illegally entered the United States at or near "La Sierrita," on or about October 15, 2016, without inspection by an immigration officer. Vizcarra-Chavez further stated that he had been previously removed from the United States to Mexico and did not receive permission from the Secretary of the Department of Homeland Security to re-enter the United States after his removal.

6. For these reasons, this affiant submits that there is probable cause to believe that on or about October 11, 2017, Edgar Rosario Vizcarra-Chavez, an alien, was found in the United States of America, at or near Phoenix, in the District of Arizona, after having been previously denied admission, excluded, deported, and removed from the United States at or near Nogales, Arizona, on or about January 26, 2016, and not having obtained the express consent of the Secretary of the Department of Homeland Security to reapply for admission thereto; in violation of Title 8, United States Code, Section 1326(a), and enhanced by (b)(1).

_____
Albert A. Martinez
U.S. Border Patrol Agent


Sworn to and subscribed before me
this 12th day of October, 2017.

_____
John Z. Boyle
United States Magistrate Judge